UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
FEB 29 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Kareemah Bell,              )
                            )
        Plaintiff,          )
                            )
    v.                      )   Civil Action No. 08 0370
                            )
Georgetown University Hospital, )
                            )
        Defendant.          )

ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is this 15 day of February 2008,

ORDERED that plaintiff's application to proceed *in forma pauperis* [Dkt. No. 2] is GRANTED; it is

FURTHER ORDERED that plaintiff's motion to use a family member's address as her address of record is GRANTED; and it is

FURTHER ORDERED that this case is DISMISSED without prejudice for lack of subject matter jurisdiction.

United States District Judge